# United States District and Bankruptcy Court for the District of Columbia

**FILED**
NOV -3 2010
Clerk, U.S. District and Bankruptcy Courts

## Plaintiff

Antonio Colbert
1313 New York Ave. N.W
Washington, D.C 20005

Case: 1:10-cv-01884
Assigned To : Unassigned
Assign. Date : 11/3/2010
Description: Pro Se Gen. Civil

V.S

Indiana Gaming Commission / Atheletic Division
101 W. Washington St. East tower Suite 1600
Indianapolis, Ind. 46204

**RECEIVED**
OCT -7 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Complaint

1

Attn: Indiana Gaming Commision

My Name is Antonio Colbert. I'm Sueing you For the Role, in which you took part in, on 3/3/09. The Professional sporting Event, in which I wasn't even Payed All that was Owed to ME (pro fight). The Fight, in which Franklin Lawrence, of Indianapolis, Ind., And Cornerman brung Illegal tactics to the Ring (Gloves were padded, with what felt like some type of Iron Bars), And the Fight Commision, look the Other Way! Even tried to Act As iF they didn't see the Fight, And they were their. I've Explained Myself, I sueing you For $20,000,000.00. Have A Nice Day!

Sincerely, Antonio Colbert